```
IN THE UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF TEXAS
        BROWNSVILLE DIVISION
```

NINFA GALVAN                        *
            PLAINTIFF                *
vs.                                 *       CASE NO.: B-98-166
                                    *
UNITED FASHIONS OF TEXAS, INC.*
and UFT TRANSPORT, INC.             *

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**
**AND**
**ORDER OF DISMISSAL WITH PREJUDICE**

On the 22nd day of December, 1998, came before the Court Plaintiff's Motion To Dismiss With Prejudice. The Court having considered the motion finds it should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion To Dismiss With Prejudice is hereby Granted. The above referenced case is dismissed with prejudice to the refiling of the same.

SIGNED FOR ENTRY ON THE 6th DAY OF ~~DECEMBER, 1998.~~ January, 1999

_____
Judge FILEMON B. VELA

*United States District Court*
*Southern District of Texas*
*ENTERED*
*JAN 0 6 1999*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk _____*